UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,        Case No. 2:11-cr-52

v.        HON. PAUL L. MALONEY

VIKTOR VIACHESLAV PROTASOFF

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On August 25, 2017 a Probation Petition and Order for Summons (ECF #38) was entered in this case when defendant failed to complete community service as ordered. He appeared before this Court on that summons on September 6, 2017.

This Court held a status conference on November 1, 2017 and was informed that defendant has now completed all community service. U.S. Probation has recommended that the petition be dismissed and defendant's supervised release be terminated; there was no objection to this recommendation by either party.

Accordingly, it is recommended that the Probation Petition and Order for Summons (ECF #38) be dismissed and that defendant's supervised release be terminated.

    IT IS ORDERED

Dated: November 2, 2017                  */s/ Timothy P. Greeley*
                                                TIMOTHY P. GREELEY
                                                U.S. MAGISTRATE JUDGE

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).