UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 2:11-cr-52

v.                                                  HONORABLE PAUL L. MALONEY

VIKTOR VIACHESLAV PROTASOFF,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Therefore,

**IT IS HEREBY ORDERED** that The Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Probation Petition and Order for Summons (ECF No. 38) is DISMISSED and defendant's term of supervised release is TERMINATED.

Dated: November 27, 2017                                    /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge